IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ANDRE LAURENCOT,<br><br>                Plaintiff(s),<br>   v.<br>LOCKHEED MARTIN SPACE<br>OPERATIONS COMPANY,<br><br>                Defendant(s). | CASE NO. 5:12-cv-00202 EJD<br><br>**ORDER VACATING ANTICIPATED HEARING** |

    On June 14, 2012, the court granted Plaintiff's ex parte application to advance the hearing date on an anticipated Motion for Leave to File First Amended Complaint. See Docket Item No. 17. The court scheduled the advanced hearing for July 27, 2012, and directed Plaintiff to "notice the motion accordingly and file it as a separate docket entry on PACER/ECF forthwith."

    Civil Local Rule 7-2 requires that "all motions must be filed, served and noticed in writing on the motion calendar of the assigned Judge for hearing not less than 35 days after service of the motion." For a hearing date of July 27, 2012, Rule 7-2 required Plaintiff to file and serve the Motion for Leave to File First Amended Complaint no later than June 22, 2012, if not forthwith as the court ordered. Plaintiff did not do so.

    Accordingly, the anticipated hearing on Plaintiff's Motion, previously scheduled for July 27, 2012, is VACATED.

**IT IS SO ORDERED.**

Dated: June 28, 2012

                                          EDWARD J. DAVILA
                                          United States District Judge