LAWRENCE A. ORGAN (SBN 175503)
BARBARA E. FIGARI (SBN 251942)
ROBERT J.A. FORDIANI (SBN 256041)
**EQUALITY LAWYERS LLP**
407 San Anselmo Avenue, Suite 201
San Anselmo, CA 94960
T. 415.453.4740
F. 415.963.4301
larry@equalitylawyers.com
barbara@equalitylawyers.com
rob@equalitylawyers.com

Attorneys for Plaintiff

SUPERIOR COURT OF THE STATE OF CALIFORNIA

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRE LAURENCOT,<br><br>    Plaintiff,<br><br>v.<br><br>LOCKHEED MARTIN SPACE OPERATIONS COMPANY, and Does 1-100, et al.,<br>    Defendants. | CASE NO. 5:12-cv-00202-EJD<br><br>[~~PROPOSED~~] ORDER RE STIPULATION TO TAKE PLAINTIFF'S MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT OFF-CALENDAR<br><br>Complaint Filed: November 22, 2101 |

Upon Stipulation of the parties, and good cause appearing therefore,

IT IS HEREBY ORDERED that:

1. Plaintiff Andre Laurencot's Motion for Leave to File a First Amended Complaint, which is currently scheduled for August 24, 2012 at 9:00a.m. be taken OFF-CALENDAR.

The Stipulation is GRANTED and the Motion to Amend (Docket Item No. 23) is terminated.

IT IS SO ORDERED.
DATED: August 1, 2012

_____
UNITED STATES DISTRICT JUDGE