1  LAWRENCE A. ORGAN (SBN 175503)
   BARBARA E. FIGARI (SBN 251942)
2  ROBERT J.A. FORDIANI (SBN 256041)
   **EQUALITY LAWYERS LLP**
3  407 San Anselmo Avenue, Suite 201
   San Anselmo, CA 94960
4  T. 415.453.4740
   F. 415.963.4301
5  larry@equalitylawyers.com
   barbara@equalitylawyers.com
6  rob@equalitylawyers.com

7  Attorneys for Plaintiff

8

9           SUPERIOR COURT OF THE STATE OF CALIFORNIA

10                 NORTHERN DISTRICT OF CALIFORNIA

11

12

13 ANDRE LAURENCOT,                    CASE NO.  5:12-cv-00202-EJD

14         Plaintiff,

15    v.                               [~~PROPOSED~~] ORDER RE
                                       STIPULATION TO TAKE
16                                     PLAINTIFF'S MOTION FOR LEAVE
   LOCKHEED MARTIN SPACE OPERATIONS    TO FILE FIRST AMENDED
17 COMPANY, and Does 1-100, et al.,    COMPLAINT OFF-CALENDAR
           Defendants.
18

19
                                       Complaint Filed:  November 22, 2101
20

21    Upon Stipulation of the parties, and good cause appearing therefore,

22    IT IS HEREBY ORDERED that:

23

24
   1. Plaintiff Andre Laurencot's Motion for Leave to File a First Amended Complaint,
25
      which is currently scheduled for August 24, 2012 at 9:00a.m. be taken OFF-
26
      CALENDAR.
27    The Stipulation is GRANTED and the Motion to Amend (Docket Item No. 23) is
      terminated.
28    IT IS SO ORDERED.
      DATED: August 1, 2012                    _____
                                               UNITED STATES DISTRICT JUDGE