IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ANDRE LAURENCOT,

    Plaintiff,

v.

LOCKHEED MARTIN SPACE OPERATIONS COMPANY,

    Defendant.

No. 5:12-cv-00202-EJD

**ORDER TO SHOW CAUSE RE: SETTLEMENT**

The parties, having filed a Notice of Settlement on July 31, 2012 (See Docket Item No. 24), are ordered to appear before the Honorable Edward J. Davila on **September 28, 2012 at 9:00 AM** in Courtroom No. 4, 5th Floor, United States District Court, 280 South First Street, San Jose, California, 95113, to show cause why the case should not be dismissed pursuant to Federal Rule of Civil Procedure 41(b). On or before **September 21, 2012**, the parties shall file a joint statement in response to the Order to Show Cause setting forth the status of settlement efforts as well as the amount of additional time necessary to finalize and file a dismissal.

The Order to Show Cause shall be automatically vacated and the parties relieved of the obligation to file a joint statement if a stipulated dismissal pursuant to Federal Rule of Civil Procedure 41(a) is filed on or before **September 21, 2012.**

All other pretrial deadlines, motions and hearing dates are vacated.

Failure to comply with any part of this Order will be deemed sufficient grounds to dismiss the action.

**IT IS SO ORDERED.**

Dated: August 1, 2012

                                           EDWARD J. DAVILA
                                           UNITED STATES DISTRICT JUDGE