MICHAEL W. FOSTER (#127691)
MICHAEL E. WILBUR (#152361)
FOSTER EMPLOYMENT LAW
3000 LAKESHORE AVENUE
OAKLAND, CA. 94610
TELEPHONE: (510) 763-1900
FACSIMILE: (510) 763-5952

Attorneys for Defendant
LOCKHEED MARTIN CORPORATION

*IT IS SO ORDERED*
*Judge Edward J. Davila*
8/21/2012

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ANDRE LAURENCOT, | Case No. 5:12-cv-00202 EJD |
| Plaintiff, | Date Action Filed: November 22, 2011 |
| vs. | STIPULATION OF DISMISSAL WITH PREJUDICE |
| LOCKHEED MARTIN SPACE OPERATIONS COMPANY and Does 1-100 et al, | |
| Defendants. | |

Pursuant to Rule 41 (a)(1)(A)(ii) of the Federal Rules of Civil Procedure, it is hereby stipulated by the parties, through their respective counsel, that this action be dismissed in its entirety, with prejudice, each side to bear his/its own attorneys' fees and costs. The Clerk shall close this file.

Dated: July 31, 2012

FOSTER EMPLOYMENT LAW

Michael E. Wilbur
Attorneys for Defendant
LOCKHEED MARTIN CORPORATION

Dated: July 31, 2012

EQUALITY LAWYERS LLP

LAWRENCE A. ORGAN
BARBARA E. FIGARI
Attorneys for Plaintiff
ANDRE LAURENCOT